**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
David J. McGlothlin, Esq. (SBN: 253265)
david@westcoastlitigation.com
2221 Camino del Rio South, Suite 101
San Diego, CA 92108
Telephone:   (619) 233-7770
Facsimile:   (619) 297-1022

**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523

[Additional Plaintiff's Counsel on Signature Line]

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Gail Medeiros, Tracy T. Bomberger, Peter Morrissey, and Julie Pulatie, individually and on behalf of all others similarly situated,**<br><br>                Plaintiffs,<br><br>v.<br><br>**HSBC Card Services Inc. and HSBC Technology & Services (USA) Inc.,**<br><br>                Defendants. | Case No: 3:14-cv-01786-JLS-MDD<br><br>Class Action<br><br>**Notice of Motion and Plaintiffs' Unopposed Motion For Preliminary Approval Of Class Action Settlement**<br><br><br>Date: 8/20/15<br>Time: 1:30 PM<br><br>Judge: Hon. Janis L. Sammartino |

---
**NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

NOTICE IS HEREBY GIVEN that on **Thursday, August 20, 2015 at 1:30 PM**, or as soon thereafter as the matter may be heard of the above captioned court, located at 333 West Broadway, San Diego, CA 92101, Plaintiffs GAIL MEDEIROS ("Medeiros"), TRACY T. BOMBERGER ("Bomberger"), PETER MORRISSEY ("Morrissey") and JULIE PULATIE ("Pulatie" or referred to collectively as "Plaintiffs") hereby move the Court pursuant to Federal Rule of Civil Procedure 23 for preliminary approval of the Parties' Class Action Settlement.  Specifically, through this Motion, the Parties move jointly for certification of a settlement class; appointment of class counsel and class representatives; preliminary approval of the Parties' proposed settlement; and, approval of the Parties' proposed plan to provide notice to the class.  This Motion is made on the following grounds:

I. The proposed Class satisfies the requirements of Rule 23 for conditional certification for settlement purposes only;

II. The proposed settlement is the product of non-collusive negotiations and is fundamentally fair, reasonable and adequate; and hence, warrants preliminary approval.

This motion is based upon the accompanying Memorandum of Points and Authorities, the exhibits attached thereto, all pleadings and papers on file in this action and upon such other matters as the Court deems proper.

Respectfully submitted,

**HYDE & SWIGART**

Date: July 7, 2015         By: /s/ Joshua B. Swigart
                               Joshua B. Swigart, Esq.
                               Attorneys for Plaintiffs

---

**NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

1  **[Additional Plaintiff's Counsel]**

2  LAW OFFICES OF TODD M. FRIEDMAN, P.C.
3  Todd M. Friedman, Esq. (SBN: 216752)
   tfriedman@attorneysforconsumers.com
4  324 South Beverly Blvd., Suite 725
   Beverly Hills, CA 90211
5  Tel: (877) 206-4741

NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT