**Transferred case has been opened**
cacd_ecfmail   to: InterdistrictTransfer_CASD                    11/24/2015 09:14 AM

```
CASE: 3:14-cv-01786

DETAILS: Case transferred from California Southern
has been opened in UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF
CALIFORNIA
as case 2:15-cv-09093, filed 11/23/2015.
```