

August 7, 2021

**UNITED STATES DISTRICT COURT**
Southern District of California
Office of the Clerk of the Court
333 West Broadway, Ste. 420
San Diego, CA 92101

*Re: Medeiros et al. v. HSBC Card & Retail Services, Inc.*
  *Case: 14-cv-1786*

Dear Mr. Morrill:

I am one of the attorneys who represented Plaintiff in the above-entitled matter. I have reviewed your correspondence disclosing a previously unknown potential conflict of interest in this matter. In response, I have reviewed the file as well as the docket.

From my review of the matter, this case was filed as a class action. HSBC filed an Answer and the parties conducted an Early Neutral Evaluation before the Magistrate Judge. The matter did not settle at that time and a case management order was issued by Judge Dembin. Approximately three months later Plaintiff filed a motion for preliminary approval of a class action settlement. A motion to intervene was filed, which was granted. Prior to the ruling on Plaintiff's motion for preliminary approval the case was transferred to the Central District of California and related to case number 2:15-cv-09093. No ruling on substantive motions or the class action settlement occurred before Judge Sammartino.

I see no issues affecting Plaintiff, or how the case was resolved in connection with the recent disclosure.

Respectfully submitted,

*Joshua Swigart*
Joshua B. Swigart



2221 Camino del Rio South, Ste. 308, San Diego, CA 92108
P 866-219-3343  D 619-728-6348  F 866-219-8344  E josh@swigartlawgroup.com
WWW.SWIGARTLAWGROUP.COM